UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-62189-CIV-SCOLA
MAGISTRATE JUDGE P. A. WHITE

HOWARD THOMPSON,                      :

    Petitioner,                   :

v.                                    :         REPORT OF
                                                                         MAGISTRATE JUDGE
ATTORNEY GENERAL OF FLORIDA,
ET AL.,                               :

    Respondent.                   :
_____

    The _pro-se_ petitioner, Howard Thompson filed a Petition for writ of habeas corpus pursuant to 28 U.S.C. §2254, attacking his conviction in case no. 93-14625CF10A, entered in Broward County, Florida. The petitioner has a pending habeas corpus petition in this Court, assigned Case No. 12-62152-Civ-Scola, attacking this same conviction. A Report has been entered in that case on November 9, 2012, recommending denial.  The Report remains pending.

    This petition is duplicative of Case no. 12-62152-Civ-Scola.

    It is therefore recommended that this higher numbered case be dismissed, without prejudice as duplicative.

    Objections to this Report may be filed within fourteen days following receipt.

    Dated this 16th day of November, 2012.

                                                                        _____
                                                                       UNITED STATES MAGISTRATE JUDGE

```
cc:   Howard Thompson, Pro Se
      501008322
      Broward County Main Jail
      Address of Record
```